## Buster *v.* Penney.

APPEAL from Lawrence Chancery Court.

Heard before the Hon. W. H. SIMPSON.

JAMES H. BRANCH, for appellant.

SPEAKE & RUSSELL, *contra*.

The bill in this case was filed by the appellee against the appellant to enforce a vendor's lien. The appeal is prosecuted from a decree of the chancery court granting the relief prayed for. It is held that the respondent has failed to establish the defense set up to the maintenance of the bill; and, therefore, the decree of the chancellor granting the relief is affirmed.

Opinion by HEAD, J.